AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| LUIS FERNANDO DE JESUS-VIZCAINO ) ) ) ) ) | 25-944(M) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 9, 2025__ in the county of __--__ in the ____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | Reentry of removed alien. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Reviewed by: AUSA Maria Semanaz Ojeda
Government respectfully requests temporary detention.

☑ Continued on the attached sheet.

ANGEL L MARCIAL
Digitally signed by ANGEL L MARCIAL
Date: 2025.10.14 13:01:10 -04'00'

*Complainant's signature*

Angel L. Marcial    Special Agent
*Printed name and title*

Sworn to before me by phone pursuant to Fed.R.Cr.P. 4.1 at 2:05 PM on October 14, 2025.

Date: 10/14/25

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Marcos E. López, U.S. Magistrate Judge
*Printed name and title*